In the Matter of the Probate of the Will of EDWARD GORMAN, Deceased.

PATRICK LARKIN, Appellant; JOHN McNAMEE, as Executor, Respondent.

*Matter of Gorman,* 80 App. Div. 640, affirmed.
(Argued November 23, 1903; decided December 8, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 6, 1903, which affirmed a decree of the Kings County Surrogate's Court admitting to probate the will of Edward Gorman, deceased.

*John R. Kuhn* for appellant.

*Herbert T. Ketcham* and *Joseph E. Owens* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ.